No. 791. SOBELL *v.* UNITED STATES, 389 U. S. 1051. Petition for rehearing denied. MR. JUSTICE WHITE and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

MARCH 11, 1968.

No. 31, Orig. UTAH *v.* UNITED STATES. Motions of Great Salt Lake Minerals & Chemicals Corp. for leave to intervene as a plaintiff and to intervene, in the alternative, as a defendant, together with its answer and cross claim referred to Special Master for a report and recommendation. Such report and recommendation shall also include motion of Morton International, Inc., for leave to intervene heretofore referred to the Special Master. MR. JUSTICE MARSHALL took no part in the consideration or decision of these motions. *George E. Boss* and *Robert D. Larsen* on the motions. *Phil L. Hansen,* Attorney General, for the State of Utah in opposition; *Solicitor General Griswold* for the United States. [For earlier orders herein, see, *e. g.,* 389 U. S. 909.]

No. 416. FLAST ET AL. *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. Appeal from D. C. S. D. N. Y. (Probable jurisdiction noted, 389 U. S. 895.) Motion of United Americans for Public Schools for leave to file a brief, as *amicus curiae,* granted. *Henry C. Clausen* on the motion.

No. 701. IN RE WHITTINGTON. Ct. App. Ohio, Fairfield County. (Certiorari granted, 389 U. S. 819.) Motion of Defender's Office, Cleveland Legal Aid Society, to dispense with printing its brief, as *amicus curiae,* denied. MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN and MR. JUSTICE STEWART are of the opinion that the motion should be granted.